UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J |
| Applies to:<br>11-cv-1476 | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE KNOWLES |

## ORDER AND REASONS

Before the Court is the Magistrate Judge's Report and Recommendation (Rec. Doc. 3287) regarding the Second Motion to Deposit Funds into the Registry of the Court (Contradictory) (Rec. Doc. 1818) and the Motion for Disbursement of Registry Funds Pursuant to Local Rule 67.3 (SEALED)(Rec. Doc. 1934). An objection to the Report and Recommendation was filed (Rec. Doc. 3466). Also before the Court is a Motion to Remand and for Attorney Fees and Costs (Rec. Doc. 3148), which is also opposed (Rec. Doc. 3272).

As to the objection to the Report and Recommendation, the Court finds the case law supports the Magistrate Judge's decision. *See Taylor v. Kelsey*, 666 F.2d 53 (4th Cir. 1981); *Tanguis v. M/V Westchester*, No. Civ. A. 01-049, 2003 WL 21674473 (E.D. La. July 16, 2003); *Harrower v. Nat'l R.R. Passenger Corp.,* No. Civ. A. 04-0305, 2007 WL 2156582 (W.D. La. June 7, 2007); *The Law Offices of Daniel E. Becnel v. The John Arthur Eaves Law Firm*, No. Civ. A. 01-1944, 2001 WL 1426681 (E.D. La. Nov. 14, 2001). Accordingly, the objection is overruled. Further, having considered the record, the Report and Recommendation, and the applicable law, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

As to the Motion to Remand and for Attorney Fees and Costs, because the Court adopts the Report and Recommendation's conclusion that the Court lacks subject matter jurisdiction over this dispute, the Court will sever Member Case No. 11-cv-01476 from MDL No. 2179 and remand it to state court in accordance with 28 U.S.C. § 1447(c). However, the request for attorney fees and costs contained within the Motion is denied.

Finally, there are funds in the Court's registry which were deposited by James R. Dugan, II pending resolution of this dispute (Rec. Docs. 1774 and 1775). Given the Court's lack of subject matter jurisdiction, these funds will be returned. Mr. Dugan is ordered to submit a Motion for Disbursement of Registry Funds and proposed Order in accordance with Local Rule 67.3, directing the Clerk of Court to disburse these funds to Mr. Dugan or his attorney. The Motion and Order should reference this Order and Reasons, and state explicitly that the Court makes no adjudication on the merits of this dispute.

Accordingly,

**IT IS ORDERED** that the Second Motion to Deposit Funds into the Registry of the Court (Contradictory) (Rec. Doc. 1818) and the Motion for Disbursement of Registry Funds Pursuant to Local Rule 67.3 (SEALED) (Rec. Doc. 1934) are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion to Remand and for Attorney Fees and Costs (Rec. Doc. 3148) is **GRANTED IN PART AND DENIED IN PART.  IT IS ORDERED** that the case captioned *Stephen B. Murray, Sr. v. James R. Dugan, II*, Civ. A. No. 11-cv-01476, be severed from MDL No. 2179 and **REMANDED** to the State Court from which it was removed. The request for attorney fees and costs is **DENIED.**

**IT IS FURTHER ORDERED** that within fifteen (15) days of the issuance of this Order

and Reasons, James R. Dugan, II submit a Motion for Disbursement of Registry Funds and proposed Order, as outlined above and in accordance with Local Rule 67.3.

New Orleans, Louisiana, this 29th day of July, 2011.

_____
**UNITED STATES DISTRICT JUDGE**